# EXHIBIT C-1

EXHIBIT C-1

| REMIT TO: MEDTRONIC USA INC 4642 COLLECTION CENTER DR CHICAGO, IL 60693 | Due Date: Apr 10, 2004 Terms: Net 30 | Invoice Date: Mar 11, 2004 P.O. No: 141914 |
|---|---|---|
| | | Ordered by: JULIE ROSS 866-438-6085 |

| Bill To: 119510 | Ship To: 701878 |
|---|---|
| SUNRISE HOSPITAL & MEDICAL CENTER *ATTN: ACCOUNTS PAYABLE HCA 3186 S MARYLAND PKWY LAS VEGAS NV 89109-2317 | SUNRISE HOSPITAL & MEDCIAL CENTER ATTN RECEIVING 3186 S MARYLAND PKWY LAS VEGAS NV 89109-2317 |

| Order Nbr | Request Date | Carrier | Currency: USD |
|---|---|---|---|
| 9641187 SO | 03/11/04 | FXP1 | U.S. Dollar |

| Qty Order | Qty Ship | Product ID | Description | UM | Unit Price | Extended |
|---|---|---|---|---|---|---|
| | 2 | CAT: 7719US DST: 7719US | Kit-Synergy Versitre | EA | 10,711.0000 | 21,422.00 |
| | 1 | CAT: 7427V DST: 7427V | Synergy Versitrel, D | EA | | |
| | | Lot/Sn # - NFE402925H | | | | |

REDACTED

REDACTED

SALES TO UNRELATED PARTIES - FOB SHIPPING: The price reflected on this invoice is not of any contractual discounts. Some of the products may be subject to additional rebates or credits. You may have an obligation to allocate and report or disclose all discounts, including contractual discounts, rebates and credits in accordance with governmental regulations.
INTERCOMPANY SALES: The ownership of and the legal and beneficial title to, the risk of loss, and the right to possession and control over the goods shall remain with the seller until the shipment reaches the port of entry in the country of destination or U.S. possession and all documents related to the goods have been transferred to purchaser, not withstanding any other pricing or shipping terms. ACCEPTANCE OF THE GOODS CONSTITUTES ACCEPTANCE OF THE INVOICE.

COUNTRY OF ORIGIN: U.S.A.

CERTIFIED TRUE AND CORRECT PER

MEDTRONIC CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER