# EXHIBIT C-2

MORRIS PICKERING
ETERSON & TRACHOK
ATTORNEYS AT LAW
BANK OF AMERICA PLAZA
SOUTH FOURTH STREET
AS VEGAS, NEVADA 89101
702/474-9400

# EXHIBIT C-2



INVOICE  
Reprint

| INVOICE: | 4581415 | Page 1 |

Invoice Date: Dec 15, 2003

| REMIT TO: | | |
| --- | --- | --- |
| MEDTRONIC USA INC | Due Date: Jan 14, 2004 | P.O. No: 131081 |
| 4642 COLLECTION CENTER DR | Terms: Net 30 | |
| CHICAGO, IL 60693 | | Ordered by: FAX ORDER 866-438-6085 |

Bill To: 119510  
Ship To: 701878

SUNRISE HOSPITAL & MEDICAL CENTER  
*ATTN: ACCOUNTS PAYABLE  
HCA  
3186 S MARYLAND PKWY  
LAS VEGAS NV 89109-2317

SUNRISE HOSPITAL & MEDCIAL CENTER  
ATTN RECEIVING  
3186 S MARYLAND PKWY  
LAS VEGAS NV 89109-2317

| Order Nbr | Request Date | Carrier | Currency: USD |
| --- | --- | --- | --- |
| 9240028 SO | 12/15/03 | UPS GRND | U.S. Dollar |

|------Qty------|                                        |-----------Prices------------|
| Order | Ship | Product ID | Description | UM | Unit | Extended |

REDACTED

| 1 | | CAT: 748966 DST: 748966 | EXTENSION LOW PROFIL | EA | 512.0000 | 512.00 |

Lot/Sn # - NHU036706V

REDACTED

SALES TO UNRELATED PARTIES - FOB SHIPPING: The price reflected on this invoice is net of any contractual discounts. Some of the products may be subject to additional rebates or credits. You may have an obligation to allocate and report or disclose all discounts, including contractual discounts, rebates and credits in accordance with governmental regulations.  
INTERCOMPANY SALES: The ownership of and the legal and beneficial title to, the risk of loss, and the right to possession and control over the goods shall remain with the seller until the shipment reaches the port of entry in the country of destination or U.S. possession and all documents related to the goods have been transferred to purchaser, not withstanding any other pricing or shipping terms. ACCEPTANCE OF THE GOODS CONSTITUTES ACCEPTANCE OF THE INVOICE.

COUNTRY OF ORIGIN: U.S.A.

CERTIFIED TRUE AND CORRECT PER

MEDTRONIC CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER