EXHIBIT C-3

MORRIS PICKERING
PETERSON & TRACHOK
ATTORNEYS AT LAW
BANK OF AMERICA PLAZA
SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400

EXHIBIT C-3



| | | | I N V O I C E | | INVOICE: 4393019 | Page 1 |
| --- | --- | --- | --- | --- | --- | --- |
| | | | Reprint | | | |
| | | | | | Invoice Date: Oct 16, 2003 | |
| REMIT TO: MEDTRONIC USA INC 4642 COLLECTION CENTER DR CHICAGO, IL 60693 | | | Due Date: Nov 15, 2003 Terms: Net 30 | | P.O. No: 124375 | |
| | | | | | Ordered by: EDI | |

Bill To: 119510

SUNRISE HOSPITAL & MEDICAL CENTER
*ATTN: ACCOUNTS PAYABLE
HCA
3186 S MARYLAND PKWY
LAS VEGAS NV 89109-2317

Ship To: 701878

SUNRISE HOSPITAL & MEDCIAL CENTER
ATTN RECEIVING
3186 S MARYLAND PKWY
LAS VEGAS NV 89109-2317

| Order Nbr | Request Date | Carrier | Currency: USD |
| --- | --- | --- | --- |
| 8968922 SO | 10/16/03 | UPS BLUE | U.S. Dollar |

| |------Qty------| | | | |------------Prices------------| |
| Order | Ship | Product IO | Description | UM | Unit | Extended |
| --- | --- | --- | --- | --- | --- | --- |

REDACTED

| | 2 | CAT: 3998 DST: 3998 | | SPECIFY,8 ELEC.SURGI | EA | 2,525.0000 | 5,050.00 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | Lot/Sn # - LB7638 | | | | | |

REDACTED

SALES TO UNRELATED PARTIES - FOB SHIPPING: The price reflected on this invoice is not of any contractual discounts. Some of the products may be subject to additional rebates or credits. You may have an obligation to allocate and report or disclose all discounts, including contractual discounts, rebates and credits in accordance with governmental regulations.
INTERCOMPANY SALES: The ownership of and the legal and beneficial title to, the risk of loss, and the right to possession and control over the goods shall remain with the seller until the shipment reaches the port of entry in the country of destination or U.S. possession and all documents related to the goods have been transferred to purchaser, not withstanding any other pricing or shipping terms. ACCEPTANCE OF THE GOODS CONSTITUTES ACCEPTANCE OF THE INVOICE.

COUNTRY OF ORIGIN: U.S.A.

CERTIFIED TRUE AND CORRECT PER

MEDTRONIC CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER